# EXHIBIT B

| | |
|---|---|
| AMERICAN HOLDING 33092, LLC, A NEW MEXICO COMPANY | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| **Plaintiff(s)** | CIVIL ACTION NO: 16-2024-CC-002389-AXXX-MA<br>DIVISION: ~~FC-H~~ CC-D |
| vs.<br>2212 SOTTERLEY LANE LAND TRUST<br>CLAY COUNTY HOLDINGS 32073, LLC, A FLORIDA COMPANY<br>SOTTERLEY HOLDINGS 32220, LLC, A FLORIDA COMPANY<br>ASSOCIATION OF POINCIANA OWNERS VILLAGE TWO, LLC | |
| **Defendant(s)** | FILED<br>MAY 30 2024<br>DUVAL CLERK OF COURT |

## CERTIFICATE OF SALE

The undersigned, Jody Phillips, Clerk of the Circuit and County Courts, certifies that notice of public sale of the property described in the final judgment was published in FINANCIAL NEWS & DAILY RECORD a newspaper circulated in Duval County, Florida, in the manner shown by the proof of publication attached and on May 30, 2024, the property was offered for public sale to the highest bidder for cash. The highest and best bid received for the property in the amount of $ 60100.00 was submitted by WILLIE L. BROWN to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the order or the final judgment or law.

WITNESS my hand and the seal of the Court this 30th day of May, 2024.

JODY PHILLIPS
CLERK OF THE CIRCUIT AND COUNTY COURTS

By: _/s/_ 
Deputy Clerk

Filing # 199332624 E-Filed 05/29/2024 08:36:02 AM

# Daily Record
## JaxDailyRecord.com

STATE OF FLORIDA,

S.S. 16-2024-CC-002389

COUNTY OF DUVAL,

Before the undersigned authority personally appeared Nichol Stringer, who on oath says that she is the Publisher's Representative of the JACKSONVILLE DAILY RECORD, a weekly newspaper published at Jacksonville, in Duval County, Florida; that the attached copy of advertisement, being a Notice of Sale

in the matter of American Holdings 33092, LLC, etc. vs. Sotterly Holdings 32220, LLC, etc.; et al.

in the Circuit Court, was published in said newspaper by print in the issues of 5/16/24, 5/23/24.

Affiant further says that the JACKSONVILLE DAILY RECORD complies with all legal requirements for publication in Chapter 50, Florida Statutes.

*This notice was published on both jaxdailyrecord.com and floridapublicnotices.com.

_Nichol y. Stringer_
Nichol Stringer

Sworn to and subscribed before me this 23rd day of May, 2024 by Nichol Stringer who is personally known to me.

RHONDA L FISHER
Notary Public, State of Florida
My Comm. Expires 08/19/2024
Commission No. HH43688

Seal                Notary Public, State of Florida

---

## PROOF OF PUBLICATION
### DUVAL COUNTY

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA
COUNTY CIVIL DIVISION
CASE NO.: 16-2024-CC-002389
DIVISION: CC-D
AMERICAN HOLDINGS 33092, LLC, A NEW MEXICO LIMITED LIABILITY COMPANY,
  Plaintiff,
vs.
SOTTERLEY HOLDINGS 32220, LLC, A FLORIDA LIMITED LIABILITY COMPANY AS TRUSTEE FOR 2212 SOTTERLEY LANE LAND TRUST; CLAY COUNTY HOLDINGS 32073, LLC, A NEW MEXICO Limited LIABILITY COMPANY; SOTTERLEY HOLDINGS 32220, LLC, A FLORIDA LIMITED LIABILITY COMPANY; AND ASSOCIATION OF POINCIANA OWNERS VILLAGE TWO, LLC, A FLORIDA LIMITED LIABILITY COMPANY,
  Defendants
**NOTICE OF SALE**
  NOTICE IS HEREBY GIVEN, pursuant to an Order of Final Judgement of foreclosure dated April 11, 2024, and entered in Case No.: 16-2024-CC-002389 of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, wherein the property will sell to the highest and best bidder for cash at:
  www.duval.realforeclose.com the Clerk's website for on-line auctions at 11:00 a.m. on the **30th day of May, 2024**, the following described property as set forth in said Order or Final Judgement, to wit:
  (LEGAL DESCRIPTION)
  LOT 3, OF PRITCHARD PLANTATION - PHASE 1, ACCORDING TO THE PLANT THEREOF, AS RECORDED IN PLANT BOOK 63, AT PAGE 71 THROUGH 81, OF THE PUBLIC RECORDS OF DUVAL COUNTY FLORIDA.
  PROPERTY ADDRESS: 2212 Sotterley Lane, Jacksonville, FL 32220
  The above is to be published in the Jacksonville Daily Record. Any persons claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim before the clerk reports the surplus as unclaimed.
  **Americans With Disabilities Act (ADA) Notice**
  In accordance with the Americans with Disabilities Act of 1990 (ADA), If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at crtintrp@coj.net or (904) 255-1695 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.
  DATED on April 16, 2024
    JODY PHILLIPS
    CLERK OF THE
    CIRCUIT COURT
    By: Alice V. Griffin
    As Deputy Clerk
(Court Seal)
Charles R. Pinson, Esq.
Pinson Law P.A.
7821 N. Dale Mabry Hwy, Ste 110
Tampa, FL 33614
Phone: (813) 574-7736
Fax: (813) 200-1057
Charles@pinsonlawpa.com
Fla. Bar No.: 125279
_Attorney for Plaintiff_
May 16/23        00 (24-03119D)