# UNITED STATES DISTRICT COURT
for the

~~Northern~~ Middle District of Florida ▼

| | |
|---|---|
| WILLIE L. BROWN | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-CV-328-JEP-LLL |
| AMERICAN HOLDING 33092, LLC et al | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN HOLDING 33092, LLC, a New Mexico limited liability company
Via: Registered Agents Inc
1209 MOUNTAIN ROAD PL NE, STE R, ALBUQUERQUE, NM 87110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIE L. BROWN
6389 Pinewood Hills Dr.
Jacksonville, Florida 32218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

~~Northern~~ District of Florida ☐
Middle

| | |
|---|---|
| WILLIE L. BROWN<br><br>*Plaintiff(s)*<br>v.<br>AMERICAN HOLDING 33092, LLC et al<br><br>*Defendant(s)* | Civil Action No. 3:26-CV-328-JEP-LL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 2212 SOTTERLEY LANE LAND TRUST
2212 Sotterley Ln
Jacksonville, FL 32220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIE L. BROWN
6389 Pinewood Hills Dr.
Jacksonville, Florida 32218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

~~Northern~~ District of Florida ☑
Middle

| | |
|---|---|
| WILLIE L. BROWN <br><br><br> *Plaintiff(s)* <br> v. <br> AMERICAN HOLDING 33092, LLC et al <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-CV-328-JEP-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOTTERLEY HOLDINGS 32220, LLC
6210 44th St N18, Pinellas Park FL 33781

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIE L. BROWN
6389 Pinewood Hills Dr.
Jacksonville, Florida 32218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

~~Northern~~ District of Florida ☑
middle

WILLIE L. BROWN )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 3:26-cv-328-JEP-LLL
AMERICAN HOLDING 33092, LLC et al )
)
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLAY COUNTY HOLDINGS 32073, LLC
Via: Nextgear Financial, LLC
530-B HARKLE ROAD, STE 100, Santa Fe, NM 87505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WILLIE L. BROWN
6389 Pinewood Hills Dr.
Jacksonville, Florida 32218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

~~Northern~~ District of Florida ☑
middle

WILLIE L. BROWN )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:26-cv-328-JEP-LLL
AMERICAN HOLDING 33092, LLC et al )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASSOCIATION OF POINCIANA OWNERS VILLAGE TWO, LLC
Via: MIRADOR 1200 UNIT 1412, LLC
6210 44TH STREET N, 18
Pinellas Park, FL 33781

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIE L. BROWN
6389 Pinewood Hills Dr.
Jacksonville, Florida 32218

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/17/2026 _____
*Signature of Clerk or Deputy Clerk*